Blake E. BARLOW, Petitioner,

v.

DEPARTMENT OF VETERANS AFFAIRS, Respondent.

No. 2008–3187.

United States Court of Appeals, Federal Circuit.

Oct. 20, 2008.

Cynthia Rowe D'Antonio, The Law Offices of Smith & D'Antonio, of Oklahoma City, OK, argued for petitioner.

Maame A.F. Ewusi–Mensah, Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent. With her on the brief were Gregory G. Katsas, Acting Assistant Attorney General, Jeanne E. Davidson, Director, and Martin F. Hockey, Jr., Assistant Director.

NEWMAN, PROST, and MOORE, Circuit Judges.

**Judgment**

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. See Fed. Cir. R. 36.